UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>RRR TRUCKING, LLC, et al.,<br><br>    Defendants. | No. 4:21 CV 1114 RWS |

## ORDER

On September 23, 2021, Defendant Missouri Highways and Transportation Commission filed a disclaimer of interest and request for dismissal from this case. Plaintiff Acuity filed a notice of voluntary dismissal of this defendant on September 24, 2021.

Accordingly,

The motions to dismiss Defendant Missouri Highways and Transportation Commission, [22] and [23], are **GRANTED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of September, 2021.