IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.    4:21-cv-01114 ) |
| RRR TRUCKING, LLC, *et al.*, | ) ) ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

Daniel K. Mannion and the law firm of Lashly & Baer, P.C. hereby enter their appearance on behalf of Defendant Crete Carrier Corporation.

       /s/ Daniel K. Mannion
Kevin L. Fritz			#41638 MO
Daniel K. Mannion		#50627 MO
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, MO  63101
(314) 621-2939 (Telephone)
(314) 621-6844 (FAX)
klfritz@lashlybaer.com
dmannion@lashlybaer.com

*Attorneys for Defendant Crete Carrier Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 28, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

       /s/ Daniel K. Mannion