# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Cause No.: 4:21-CV-01114 ) |
| RRR TRUCKING, LLC., et al. | ) ) ) |
| Defendants. | ) ) |

## DEFENDANT RRR TRUCKING, LLC.'S MOTION FOR EXTENTION OF TIME TO FILE ANSWER

Defendant RRR Trucking, LLC., with the consent of counsel for Plaintiff, and respectfully requests an additional ten days in which to file their Answer to Plaintiff's Petition and as grounds therefore states as follows:

1. Counsel for Defendant was retained November 1, 2021. Counsel needs additional time to review the above styled matter.

Wherefore, Plaintiff respectfully requests that the Court enter an Order extending the deadline for Defendant to file their Answer to Petition up to and including November 11, 2021.

BRUNTRAGER & BILLINGS, P.C.

/s/ Charles H. Billings
Charles H. Billings, #26789
Attorney for Defendant
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri  63105
 (314) 646-0066
(314) 646-0065  Fax
Email: chb@law-stl.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2021 the foregoing **Defendant RRR Trucking, LLC,'s Motion for Extension of Time to File Answer** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ Charles H. Billings_____