UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:21 CV 1114 RWS |
| RRR TRUCKING, LLC, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED that** Defendant Michael Baker's consent motion to continue the status conference set on July 7, 2023 [91] is **GRANTED**.

**IT IS FURTHER ORDERED that** the status conference is reset and will now be held on **September 6, 2023 at 10:30 a.m.** in Courtroom 16 South.  If the parties complete their settlement and file dismissal papers before that date the conference will be cancelled.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of June, 2023.